

# Fourth Court of Appeals
## San Antonio, Texas

June 25, 2025

No. 04-25-00237-CV

**IN THE INTEREST OF A.M.H.**, a Child

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2019EM503235
Honorable Monique Diaz, Judge Presiding

**ORDER**

Sitting:      Lori I. Valenzuela, Justice
                Lori Massey Brissette, Justice
                Adrian A. Spears II, Justice

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR LACK OF JURISDICTION.

It is so **ORDERED** on June 25, 2025.

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of June, 2025.

_____
Caitlin A. McCamish, Clerk of Court